# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL and ST. CHRISTOPHER'S HEALTHCARE, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>INSTRUMENTATION LABORATORY INC.,<br><br>    Defendant. | Adv. Proc. No. 21-50951 (MFW) |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, that Plaintiffs Center City Healthcare LLC d/b/a Hahnemann University Hospital and St. Christopher's Healthcare, LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, made applicable to this action by Rule 7041 of the Federal Rules of Bankruptcy Procedure, hereby dismiss with prejudice and without costs all claims asserted in the above-captioned adversary proceeding against Defendant Instrumentation Laboratory Inc.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

| | |
|---|---|
| Dated: September 10, 2021 | **SAUL EWING ARNSTEIN & LEHR LLP** |
| | By:    */s/ Monique B. DiSabatino* |

                                       Mark Minuti (DE Bar No. 2659)
                                       John D. Demmy (DE Bar No. 2802)
                                       Monique B. DiSabatino (DE Bar No. 6027)
                                       1201 N. Market Street, Suite 2300
                                       P.O. Box 1266
                                       Wilmington, DE 19899
                                       Telephone: (302) 421-6800
                                       Fax: (302) 421-6813
                                       mark.minuti@saul.com
                                       john.demmy@saul.com
                                       monique.disabatino@saul.com

                                                              -and-

                                       Jeffrey C. Hampton
                                       Adam H. Isenberg
                                       Jorge Garcia
                                       Shannon A. McGuire
                                       Centre Square West
                                       1500 Market Street, 38th Floor
                                       Philadelphia, PA 19102
                                       Telephone: (215) 972-7777
                                       Fax: (215) 972-7725
                                       jeffrey.hampton@saul.com
                                       adam.isenberg@saul.com
                                       jorge.garcia@saul.com
                                       shannon.mcguire@saul.com

                                     *Counsel for the Plaintiffs*